# WILEY



**Kevin Kim**
Counsel - Litigation

T: +1 201 748 5809
F: +1 201 748 6500
E: kkim2@wiley.com

November 7, 2019

*Via ECF*

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

**Re: Aprimo US LLC - v. - John Wiley & Sons, Inc., Case No. 1:19-cv-07124-AJN**

Dear Judge Nathan,

I write on behalf of Defendant and Counterclaimant John Wiley and Sons, Inc. ("Wiley") in the above-captioned litigation. On November 4, 2019, the Court ordered that the initial pre-trial conference previously scheduled for Friday, November 8, 2019 be adjourned to Thursday, November 21, 2019 at 3:30 p.m.

Wiley respectfully requests that the initial pre-trial conference be adjourned due to a scheduling conflict. Counsel for Wiley will be in Chicago, Illinois on Thursday, November 21, 2019 for an arbitration hearing. There have been no prior requests from the parties for adjournment of the initial pre-trial conference. Plaintiff and Counterdefendant Aprimo US LLC ("Aprimo") has consented to this request for adjournment.

Wiley and Aprimo propose the following alternate dates for the initial pre-trial conference:

- January 10, 2020
- January 31, 2020
- February 14, 2020

The parties agree that adjournment to January or February 2020 is practical in light of their intention to submit the dispute to mediation. Should the Court approve of an adjournment to one of the dates above, the parties will submit an updated version of the joint letter and case management plan one week in advance of the conference.



**Kevin Kim**
Counsel - Litigation

T: +1 201 748 5809
F: +1 201 748 6500
E: kkim2@wiley.com

Respectfully submitted,

/s/ Kevin H. Kim

Kevin H. Kim

cc: Heather Lynn Maly, Counsel for Aprimo (via ECF)

---

The initial pre-trial conference scheduled for November 21, 2019 is hereby adjourned to January 10, 2020 at 3:15 p.m.
SO ORDERED.

---

SO ORDERED: 11/12/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE