UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aprimo US LLC,

    Plaintiff,

—v—

John Wiley and Sons Inc.,

    Defendant.

19-CV-7124 (AJN)

ORDER

JAN 0 6 2020

ALISON J. NATHAN, District Judge:

Per the Court's orders of August 29, 2019 and November 13, 2019, the parties were to file a Joint Letter and proposed Case Management Plan on or before January 3, 2020. Dkt. Nos. 9, 18. As of the date of this Order, the Court is not in receipt of the Joint Letter. Accordingly, the parties shall file their Joint Letter on or before January 8, 2020 at 5 p.m.

SO ORDERED.

Dated: January 6, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1